IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VINCENT MARVIN LOPEZ, | ) | No. C 05-1376 MMC (PR) |
| Plaintiff, | ) | **ORDER OF DISMISSAL** |
| v. | ) | |
| ALEXANDER LORENZO GEE, | ) | (Docket No. 2) |
| Defendant. | ) | |
| _____ | ) | |

      Plaintiff, a California prisoner incarcerated at Pelican Bay State Prison, filed this pro se civil rights action on April 5, 2005. On that same day, the Court notified plaintiff in writing that the action was deficient due to the failure to pay the requisite filing fee or, instead, submit a completed court-approved in forma pauperis ("IFP") application. Specifically, he was informed that the IFP application failed to include the requisite certificate of funds form completed by an authorized jail official and jail trust account statement showing transactions for the previous six months. Along with this notice, plaintiff was sent a copy of the Court's IFP application, instructions for completing it, and a return envelope. Plaintiff was cautioned that failure to either pay the filing fee or return the certificate of funds and proper trust account statement within thirty days would result in the dismissal of this action. More than thirty days have passed, and plaintiff has not paid the fee or returned the necessary trust account certificate and statement. Accordingly, this action is

DISMISSED without prejudice.  The incomplete application to proceed in forma pauperis is DENIED and no fee is due.

The Clerk shall close the file and terminate docket number 2.

IT IS SO ORDERED.

DATED: May 27, 2005

/s/ Maxine M. Chesney
MAXINE M. CHESNEY
United States District Judge